## City of Bloomington v. John H. Lishka.

1.  BILL OF EXCEPTIONS—*Must be Under Seal.*—The statute requires
the seal as well as the signature of the trial judge to be set to a bill of
exceptions, and where these are wanting this court will not look into it
to see whether error has been committed.

Assumpsit, for breach of contract.   Appeal from the County Court
of McLean County; the Hon. R. A. RUSSEL, Judge, presiding.   Heard
in this court at the May term, 1898.   Affirmed.   Opinion filed October,
5, 1898.

WILLIAM R. BACH, attorney for appellant; SIGMUND LIV-
INGSTON, of counsel.

W. H. KERRICK and WELTY & STERLING, attorneys for
appellee.

Opinion PER CURIAM.
The alleged errors of which counsel for appellant com-
plain in this appeal to reverse a judgment of $90, recovered
by appellee, should appear from a bill of exceptions.   No
bill of exceptions is in the transcript certified by the clerk
of the County Court.   There is what purports to be such

document certified, but it is fatally defective in that it is not attested by the seal of the trial judge. The statute requires the seal as well as the signature of the trial judge, and where that is wanting to such a document, this court will not look into it to see whether error has been committed. Section 59, Practice Act; Jones v. Sprague, 2 Scam. 55; Miller v. Jennings, 44 Ill. 443. Judgment affirmed.